UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENISE LORAINE CONOVER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C19-5138-BAT

**ORDER TO SHOW CAUSE**

Plaintiff is seeking review of the Commissioner's denial of her application for Social Security disability benefits. The court issued a scheduling order directing plaintiff to file an opening brief by May 21, 2019. Dkt. 13. To date, and without any explanation, plaintiff has not filed an opening brief. Accordingly, the court hereby **ORDERS** plaintiff to show cause, no later than **May 31, 2019**, why the court should not dismiss this case.

Plaintiff may adequately respond to this order to show cause by filing an opening brief by May 31, 2019. If plaintiff files an opening brief on or before that date, the scheduling order will be amended as follows: The Commissioner's response brief will be due **June 28, 2019**. Plaintiff's optional reply brief will be due **July 12, 2019**.

Failure to timely respond to this order may result in a dismissal of this case.

DATED this 28th day of May, 2019.

                                        BRIAN A. TSUCHIDA
                                      Chief United States Magistrate Judge

ORDER TO SHOW CAUSE - 1